UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EUGENE NATHANIEL ARNOLD, III, | Case No. 23-CV-2805 (PJS/DLM) |
| Petitioner, | |
| v. | ORDER |
| JOEL BROTT, | |
| Respondent. | |

| | |
|---|---|
| EUGENE NATHANIEL ARNOLD, III, | Case No. 23-CV-2806 (PJS/DLM) |
| Petitioner, | |
| v. | |
| SHERIFF DAWANNA WITT, | |
| Respondent. | |

This matter is before the Court on the objections of petitioner Eugene Arnold to the October 18, 2023, Report and Recommendation ("R&R") of Magistrate Judge Douglas L. Micko. Judge Micko recommends that Arnold's habeas petitions be dismissed without prejudice for failure to exhaust state remedies. The Court has conducted a de novo review. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Arnold's objections and adopts Judge Micko's R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner's objections [Case No. 23-CV-2805, ECF Nos. 9, 11; Case No. 23-CV-2806, ECF Nos. 10, 13] are OVERRULED.

2. The Report and Recommendation [Case No. 23-CV-2805, ECF No. 8; Case No. 23-CV-2806, ECF No. 9] is ADOPTED.

3. Petitioner's petitions for writ of habeas corpus [Case No. 23-CV-2805, ECF No. 1; Case No. 23-CV-2806, ECF No. 1] are DISMISSED WITHOUT PREJUDICE.

4. Petitioner's applications to proceed *in forma pauperis* [Case No. 23-CV-2805, ECF No. 5; Case No. 23-CV-2806, ECF No. 7] are DENIED.

5. No certificates of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 28, 2023              s/Patrick J. Schiltz
                                       Patrick J. Schiltz, Chief Judge
                                       United States District Court