## UNITED STATES DISTRICT COURT
### District of Minnesota

Eugene Nathaniel Arnold, III,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 23-cv-2805 PJS/DLM

Joel Brott,

Respondent.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's objections [Case No. 23-CV-2805, ECF Nos. 9, 11; Case No. 23-CV-2806, ECF Nos. 10, 13] are OVERRULED.

2. The Report and Recommendation [Case No. 23-CV-2805, ECF No. 8; Case No. 23-CV-2806, ECF No. 9] is ADOPTED.

3. Petitioner's petitions for writ of habeas corpus [Case No. 23-CV-2805, ECF No. 1; Case No. 23-CV-2806, ECF No. 1] are DISMISSED WITHOUT PREJUDICE.

4. Petitioner's applications to proceed *in forma pauperis* [Case No. 23-CV-2805, ECF No. 5; Case No. 23-CV-2806, ECF No. 7] are DENIED.

5. No certificates of appealability will issue.

Date: 11/28/2023

KATE M. FOGARTY, CLERK